

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00247-CV

Rafael **GONZALEZ**,
Appellant

v.

Mike **MEDINA**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2006-CVF-001543-D2
Honorable Raul Vasquez, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   July 29, 2009

MOTION TO DISMISS GRANTED AND APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP. P.

42.1(a)(1).  We order all costs assessed against appellant.  *See* TEX. R. APP. P. 42.1(d)(stating that

absent parties' agreement, costs are taxed against appellant).

PER CURIAM